**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

VALERIE DeBOSE                          )
                                                       )
                  Plaintiff,                        )
                                                       )
         -v-                                         )     Case No. 4:04CV00833CDP
                                                       )
CINTAS CORPORATION              )
                                                       )
                  Defendant.                       )
                                                       )

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff Valerie DeBose and Defendant Cintas Corporation, by and through their respective counsel, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and hereby stipulate to the dismissal of the instant lawsuit with prejudice, each party to bear their own costs and attorneys' fees.

Respectfully submitted,

/s/ Kristin Whittle Parke                          /s/ Caroline M. DiMauro
 Kristin Whittle Parke, Bar No. 36549              Caroline M. DiMauro, pro hac vice
 Law Office of Kristin F. Whittle, L.L.C.          Keating, Muething & Klekamp, P.L.L.
 11901 Olive Boulevard, Suite 200                  1400 Provident Tower
 First Bank Building                               One East Fourth Street
 St. Louis, Missouri  63141                        Cincinnati, Ohio  45202
 Telephone: (314) 439-5291                         Telephone: (513) 579-6563
 Facsimile: (314) 439-5290                         Facsimile: (513) 57-6457
 ATTORNEY FOR PLAINTIFF                            ATTORNEY FOR DEFENDANT
 Valerie DeBose                                    Cintas Corporation